UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANGELA BEVILACQUA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　　　　Defendant. | Case No. C23-0409 RSM<br><br>**ORDER TO FILE AMENDED COMPLAINT** |

　　Plaintiff filed a complaint, and submitted an *in forma pauperis* (IFP) application and Civil Cover Sheet on March 19, 2023.  *See* Dkt. 1.  In both the caption of the complaint and the IFP application, Plaintiff's name is "Angela Bevilacqua."  Dkt. 1, 1–1.  In the Civil Cover Sheet, which is required under Local Civil Rule (LCR) 3(a), Plaintiff used a different name.  *See* Dkt. 1–3.  The Court assumes this was scrivener's error, but, nonetheless, Plaintiff must properly comply with LCR 3(a).  Accordingly, the Court hereby ORDERS Plaintiff to file an amended complaint, IFP application, and Civil Cover Sheet with the correct plaintiff name by no later than March 27, 2023.  Failure to do so by this date may result in the dismissal of this case.

　　DATED this 22nd day of March, 2023.

　　　　　　　　　　　　　　　　　　　　　　　RICARDO S. MARTINEZ
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

ORDER TO FILE AMENDED
COMPLAINT - 1