UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ANGELA B.,

                Plaintiff,

    v.

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.

Case No. C23-0409 RSM

**ORDER GRANTING STIPULATED MOTION FOR REMAND**

    Based on the stipulation of the parties, it is ORDERED that the Commissioner's decision in regard to Plaintiff's applications for disability benefits be REVERSED AND REMANDED to the Commissioner of Social Security for a new hearing and a new decision by an administrative law judge (ALJ).  On remand, the ALJ will take any necessary action to complete the administrative record, offer Plaintiff a *de novo* hearing, and issue a new decision.

    This remand is made pursuant to sentence four of 42 U.S.C. § 405(g), and Plaintiff may be entitled to reasonable attorney fees and costs pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d), upon proper request to this Court.

    DATED this 30th day of May, 2023.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE